United States District Court
Southern District of Texas
**ENTERED**
December 03, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TED L. KUBALA JR., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00421 |
| § | |
| SUPREME PRODUCTION SERVICES, § | |
| INC., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal Without Prejudice (D.E. 9), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 3rd day of December, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE